NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INFORMATION IMAGES, LLC,**

*Plaintiff-Appellant*

v.

**PGA TOUR, INC.,**

*Defendant-Appellee*

_____

2023-2362

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00268-ADA, Judge Alan D. Albright.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2               INFORMATION IMAGES, LLC V. PGA TOUR, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 13, 2023
       Date                      /s/ Jarrett B. Perlow
                                 Jarrett B. Perlow
                                 Clerk of Court

**ISSUED AS A MANDATE:** October 13, 2023